```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.  CRIMINAL ACTION NO. 2:16-cr-00057

**KASANDRA HATCHER**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On October 20, 2021, the United States of America appeared by M. Ryan Blackwell, Assistant United States Attorney, and the defendant, Kasandra Hatcher, appeared in person and by her counsel, Louie Thompson Price, Esq., for a hearing on a petition, seeking revocation of supervised release, submitted by United States Probation Officer Kara Dills.  The defendant commenced a thirty three-month term of supervised release in this action on July 2, 2019, as more fully set forth in the Supervised Release Revocation and Judgment Order Memorandum Opinion and Order entered by the court on May 22, 2019.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects: (1) on August 19 and August 24, 2020, the defendant submitted urine specimens that tested positive for methamphetamine and amphetamine, on September 23, 2020, the defendant submitted a urine specimen that tested positive for marijuana and morphine, on October 9, 2020, the defendant submitted a urine specimen that tested positive for amphetamine, methamphetamine, marijuana, and morphine, on October 15, 2020, the defendant submitted a urine specimen that tested positive for amphetamine, methamphetamine, and marijuana, on October 21, 2020, the defendant submitted a urine specimen that tested positive for marijuana, and on August 31, 2020, the defendant admitted to the probation officer that she had used methamphetamine two days prior; (2) on September 9, September 15, September 28, October 29, December 10, December 17, December 22, and December 28, 2020, as well as January 8, January 13, and January 22, 2021, the defendant failed to report for scheduled urine screens at Pyramid Counseling as directed; (3) in July 2020, the defendant failed to attend any of the two per month individual outpatient substance abuse counseling sessions, in

August 2020, the defendant attended only one individual counseling session, and on September 1, 2020, when her counseling was modified to require the defendant to attend two intensive outpatient substance abuse group counseling sessions per week in addition to her two individual outpatient substance abuse counseling sessions per month, the defendant, on various dates from September, 2020, through January 22, 2021, failed to attend certain individual counseling sessions and intensive group outpatient counseling sessions as set forth in the petition; all as admitted on the record of the hearing by the defendant and all as set forth in the petition on supervised release, and by the court's findings on the record of the hearing.  The court notes that from January 27, 2021, until the defendant's arrest on September 20, 2021, the defendant's whereabouts were unknown to the probation officer and the defendant effectively absconded from her supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously

3

imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32.1(b)(2) and (c)(1) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and she hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of EIGHT (8) MONTHS, with no further term of supervised release imposed.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: October 25, 2021

John T. Copenhaver, Jr.
Senior United States District Judge